No. 10-11290. Raymond Mendez, Petitioner v. United States.

565 U.S. 877, 132 S. Ct. 239, 181 L. Ed. 2d 135, 2011 U.S. LEXIS 6932.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 404 Fed. Appx. 209.